IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANDREW LEE BOWEN                                                       PLAINTIFF

v.                              No. 3:15-cv-87-DPM-JTR

DAVID CARTER, Sheriff, Greene County
Detention Facility; ALLISON HUCKABEE,
Jail Administrator, Greene County Detention
Facility; JACOB WHITE, Jailer, Greene County
Detention Facility; ADALBERTO R. FONTICIOLLA,
Doctor, Paragould Medical Clinic; and ROSEMARY
FARMER, Medical, Greene County Detention
Center                                                                DEFENDANTS

## ORDER

Unopposed recommendation, № 13, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). The dismissal of this action counts as a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies that an *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

22 June 2015