IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANDREW LEE BOWEN                                                      PLAINTIFF

v.                              No. 3:15-cv-87-DPM

DAVID CARTER, Sheriff, Greene County
Detention Facility; ALLISON HUCKABEE,
Jail Administrator, Greene County Detention
Facility; JACOB WHITE, Jailer, Greene County
Detention Facility; ADALBERTO R. FONTICIOLLA,
Doctor, Paragould Medical Clinic; and ROSEMARY
FARMER, Medical, Greene County Detention
Center                                                                DEFENDANTS

## JUDGMENT

Bowen's access to the courts and supervisory liability claims are dismissed without prejudice. His HIPAA claim is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 June 2015